**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __Wisconsin__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Caspian Technology Concepts LLC

2. **All other names debtor used in the last 8 years**  Caspian Technologies

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  71-0886778

4. **Debtor's address**

   **Principal place of business**

   2100 Pewaukee Road, Ste. C
   Number  Street

   Waukesha  WI  53188
   City  State  ZIP Code

   Waukesha
   County

   **Mailing address, if different from principal place of business**

   Number  Street

   P.O. Box

   City  State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number  Street

   City  State  ZIP Code

5. **Debtor's website (URL)**  www.thinkcaspian.com

---

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 1

| Debtor | Caspian Technology Concepts LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 1 8 2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor   Caspian Technology Concepts LLC _____   Case number (if known)_____
         Name

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    ☒ No
    ☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY
            District _____  When _____  Case number _____
                                        MM / DD / YYYY

    If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                        MM / DD / YYYY
            Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                Number    Street
                                _____
                                _____    _____  _____
                                City                                     State   ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

| Debtor | Caspian Technology Concepts LLC | Case number (if known) |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

Check one:
- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated assets**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [x] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/20/2024
MM / DD / YYYY

X /s/ Dale G. Boehm
Signature of authorized representative of debtor

Dale G. Boehm
Printed name

Title  Member

Debtor   Caspian Technology Concepts LLC   Case number (if known) _____

**18. Signature of attorney**

X _____*/s/ Justin M. Mertz*_____   Date  6/20/2024
Signature of attorney for debtor              MM / DD / YYYY

Justin M. Mertz
Printed name

Michael Best & Friedrich LLP
Firm name

790 N. Water Street, Suite 2500
Number    Street

Milwaukee                              WI        53202
City                                   State     ZIP Code

414.225.4972                           jmmertz@michaelbest.com
Contact phone                          Email address

1056938                                WI
Bar number                             State

DocuSign Envelope ID: 42EBD8BF-0F37-433B-9E70-754905417157

# CASPIAN TECHNOLOGY CONCEPTS, LLC
## MEMBER CONSENT RESOLUTION
### June 20, 2024

The sole Member of Caspian Technology Concepts LLC, a Wisconsin limited liability company (the "**Company**"), hereby adopts the following resolutions:

WHEREAS, it is in the best interest of the Company to file a voluntary petition with the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code (the "**Case**");

BE IT RESOLVED, that Dale G. Boehm (the "**Authorized Person**"), is authorized and directed to execute and deliver all documents necessary to perfect the filing of and pursue the conclusion of the Case on behalf of the Company; and

BE IT FURTHER RESOLVED, that the Authorized Person is authorized and directed to appear in all Chapter 11 or related proceedings on behalf of the Company; and

BE IT FURTHER RESOLVED, that the Company is authorized and directed to employ the law firm of Michael Best & Friedrich LLP to represent the Company as general counsel in the Case, pursuant to the terms of that certain Engagement Letter signed by the Authorized Person on February 14, 2024, and to employ other attorneys and professionals as may be necessary for the Company.

Dated: June 20, 2024.

                                                              **Member:**

                                                              */s/ Dale Boehm*
                                                              Dale G. Boehm

ADI
25429 Network Place
Chicago, IL  60673-1254

Alliance Communication
610 N. Warehouse
Casper, WY  82601

Alpha Omega Cleaning Inc.
2711 S. Calhoun Rd
New Berlin, WI  53151

Anixter, Inc.
PO Box 847428
Dallas, TX  75284-7428

Arbitech
64 Fairbanks
Irvine, CA  92618

Arrow Enterprise Computing
13219 Collection Center Drive
Chicago, IL  60693

Arctic Wolff Networks, Inc.
8939 Columbia Rd
Eden Prairie, MN  55347

AVI Systems, Inc.
NW8393
PO Box 1450
Minneapolis, MN  55485

Climb Channel Solutions
4 Industrial Way West Ste 300
Eatontown, NJ  07724

ConnectWise, Inc.
28819 Network Place
Chicago, IL  60673-1288

Data Holdings LLC
3215 W State Street Ste #300

Milwaukee, WI 53208

Exclusive Networks USA
4038 Clipper court
Fremont, CA 94538

Foley & Lardner LLP
777 E Wisconsin Ave
Milwaukee, WI 53202

Fortuna Cysec Inc
Two Ballpark Center
800 Battery Avenue SE Suite 100
Atlanta, GA 30339

Godfrey & Kahn, SC
833 E Michigan Street Ste 1800
Milwaukee, WI 53202

H5 Capital – Atlanta, LLC
345 Courtland Street
Atlanta, GA 30308

Ingram Micro
PO Box 775877
Chicago, IL 60677-5877

Integrity IT Solutions LLC
PO Box 901
Antler, OK 74523

Jenne
PO Box 639629
Cincinnati, OH 45263-9629

Kaseya
701 Brickell Ave Ste 400
Miami, FL 33131

Logic Monitor
820 State Street 5th Floor
Santa Barbara, CA 93101

NCD Communications, Inc.
103 Bridge Road
Islandia, NY  11749

Netria
37 Industrial Drive
Exeter, NH  03833

Parkway Development, LLC
1615 Notre Dame Boulevard
Elm Grove, WI  53122

Progress Software Corporation
15 Wayside Rd Ste #400
Burlington, MA  01803

Reinhart, Boerner, Van Deuren, S.C.
1000 N. Water St – Ste 2100
Milwaukee, WI  53201-2965

S2X Technologies LLC
145 S. Roland Rd
Brookfield, WI  53005

Seceon
238 Littleton Road Ste 200
Westford, MA  01886

Sales Leadership and Performance LLC
232 Main Street Ste #101
Delafield, WI  53018

TD Synnex Corporation
5845 Collections Center Dr
Chicago, IL  60693-2431

TD Synnex Corporation
PO Box 9001144
Louisville, KY 40290

Tech Data
25121 Network Place
Chicago, IL  60673-1251

Touchstone Communications
9800 Hillwood Parkway Ste 140
Fort worth, TX  76177

VACO
5501 Virginia Way Ste 120
Brentwood, TN  37027